IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01210-CMA-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

3040 SOUTH TAFT HILL ROAD, and
1951 KINNISON DRIVE, FORT COLLINS, COLORADO,

      Defendants,

CHRISTIAN RISON,

      Claimant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 18, 2011.**

      Plaintiff's Motion for Leave to File Amended Complaint [filed November 16, 2011; docket #21] is **denied without prejudice** for failure to submit a proposed amended complaint by which the Court might determine whether "justice so requires" leave to amend pursuant to Fed. R. Civ. P. 15(a). In addition, the Court reminds the parties of their continuing obligations to comply fully with D.C. Colo. LCivR 7.1A. *See Hoelzel v. First Select Corp.*, 214 F.R.D. 634, 636 (D. Colo. 2003) (because Rule 7.1A requires meaningful negotiations by the parties, the rule is not satisfied by one party sending the other party a single email, letter or voicemail).