IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01210-CMA-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3040 SOUTH TAFT HILL ROAD, and
1951 KINNISON DRIVE, FORT COLLINS, COLORADO,

    Defendants,

CHRISTIAN RISON,

    Claimant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 25, 2011.**

    In the interest of justice, Plaintiff's renewed Motion for Leave to File Amended Complaint [filed November 21, 2011; docket #25] is **granted**. The Clerk of the Court is directed to file the Amended Verified Complaint for Forfeiture *In Rem*, found at docket #25-2. The Court will issue the Order for Warrant for Arrest of Property *In Rem - Vehicles* by separate document.