IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01210-CMA-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

3040 SOUTH TAFT HILL ROAD, and
1951 KINNISON DRIVE, FORT COLLINS, COLORADO,

      Defendants,

CHRISTIAN RISON,

      Claimant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 10, 2012.**

      Upon a showing pursuant to 21 U.S.C. § 981(g), the Unopposed Motion for Stay of Forfeiture Proceedings, or in the Alternative, for Administrative Closure [filed February 9, 2012; docket #38] is **granted**.  The proceedings of this matter are **stayed** pending further order of the Court.

      The parties shall file a joint status report informing the Court of the status of the criminal proceedings on February 29, 2012 and on the last day of every month thereafter.