IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01210-CMA-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

3040 SOUTH TAFT HILL ROAD, and
1951 KINNISON DRIVE, FORT COLLINS, COLORADO,

      Defendants,

CHRISTIAN RISON,

      Claimant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 28, 2012**.

      This matter comes before the Court *sua sponte*. In light of the Joint Status Report filed September 28, 2012, the stay of proceedings is hereby **lifted**. A Status Conference is scheduled in this case for Thursday, **October 4, 2012 at 9:30 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall be prepared to discuss the status of the case and whether scheduling discovery is necessary.

      Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.