IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 11-cv-01210-CMA-MEH | Date:   April 4, 2013 |
| Courtroom Deputy: Cathy Pearson | **FTR – Courtroom A501** |

USA,                                                                                                   Wayne Campbell

      Plaintiff,

vs.

3040 SOUTH TAFT HILL ROAD,
1951 KINNISON DRIVE, FORT COLLINS, COLORADO,
2002 AUDI QUATTRO, and
2004 FORD F-250,

      Defendants.

CHRISTIAN RISON,

      Claimant.

## COURTROOM MINUTES/MINUTE ORDER

**MOTIONS HEARING**

**Court in session:**      **10:26 a.m.**

Court calls case.  Appearance of counsel for Plaintiff.  No appearance by Claimant.

Discussion held regarding Claimant's absence from this hearing, service of notice of this hearing on Claimant, and the status of discovery.

The Court finds that Claimant Christian Rison was properly served with notice of this hearing and has failed to appear; and that the United States' Motion to Compel Answers to Plaintiff's First Set of Interrogatories, Requests for Production of Documents, and Requests for Admissions (Doc. 63, filed 3/18/13); and United States' Renewed Motion to Extend Discovery Deadlines (Doc. 64, filed 3/18/13) are unopposed.

The Court reviews the discovery requests submitted to Claimant by Plaintiff and finds that the requests are reasonable.

**ORDERED:**   1.      United States' Motion to Compel Answers to Plaintiff's First Set of Interrogatories, Requests for Production of Documents, and Requests for Admissions (Doc. 63, filed 3/18/13) is GRANTED as stated on the record.

        Claimant Christian Rison shall provide responses to interrogatories, Requests for Production of Documents, and Requests for Admissions to Plaintiff **on or before May 1, 2013.**

2. United States' Renewed Motion to Extend Discovery Deadlines (Doc. 64, filed 3/18/13) is GRANTED IN PART and DENIED IN PART as stated on the record. The discovery deadline and dispositive motion deadline are extended to **June 7, 2013.**

3. A Status Conference is set for **May 2, 2013, at 10:30 a.m.**

By separate order, the Court will issue an Order to Show Cause to Claimant for failure to appear at today's hearing.

**Court in recess:**    **10:34 a.m.  (Hearing concluded)**
**Total time in court:**  0:08

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.