IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-01210-CMA-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3040 SOUTH TAFT HILL ROAD,
1951 KINNISON DRIVE, FORT COLLINS, COLORADO,
2002 AUDI QUATTRO, and
2004 FORD F-250,

    Defendants.

## ORDER DISMISSING CLAIMS FOR FAILURE TO PROSECUTE

This matter is before the Court *sua sponte*, in light of Magistrate Judge Michael E. Hegarty's April 10, 2013 Order to Show Cause (Doc. # 68.)  On March 19, 2013, Judge Hegarty set a hearing for April 4, 2013, and ordered Plaintiff's counsel and Claimant Christian Rison to appear.  (Doc. # 66.)  Plaintiff's counsel appeared for the hearing, but Claimant did not.  (Doc. # 67.)  On April 10, 2013, Judge Hegarty issued an Order directing Claimant to show cause in writing "no later than **April 29, 2013,**" why the Court should not dismiss his claims for failure to prosecute.  (Doc. # 68 at 2 (emphasis in original).)  Claimant has neither shown cause nor responded, in any way, to the Order.  As such, it is hereby

ORDERED that Claimant Christian Rison's claims to the property listed in the caption of this Order are DISMISSED WITH PREJUDICE for failure to prosecute.

DATED: April __30__, 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge