IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 11-cv-01210-CMA-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

3040 SOUTH TAFT HILL ROAD,
1951 KINNISON DRIVE, FORT COLLINS, COLORADO;
2002 AUDI QUATTRO, and
2004 FORD F-250,

      Defendants.
_____

**FINAL ORDER OF FORFEITURE**
_____

      This matter is before the Court on the United States' Unopposed Motion for Final Order of Forfeiture (Doc. # 71).  The Court, having reviewed said Motion, FINDS:

      THAT the United States commenced this action in rem pursuant to 21 U.S.C. § 881;

      THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

      THAT the United States and lienholder The Shea Family Trust have reached a settlement in this case, and have filed the Settlement Agreement with the Court resolving all issues in dispute;

      THAT the claim of the record title owner Christian Rison was dismissed by the Court;

THAT no other claims to Defendant Property have been filed;

THAT forfeiture of

    a.    3040 South Taft Hill Road, Fort Collins, Colorado and 1951 Kinnison Drive, Fort Collins, Colorado, described as a tract of land situate in the NW ¼ of Section 27, Township 7 North, Range 69 West of the 6th P.M., County of Larimer, State of Colorado and more particularly described on Exhibit A attached hereto, subject to the terms of the settlement agreement with The Shea Family Trust;

    b.    2002 Audi Allroad Quattro, VIN WA1YD64BX2N082728; and

    c.    2004 Ford F-250 Super Duty XLT, VIN 1FTNX21-34EB8961

shall enter in favor of the United States;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT forfeiture of

    a.    3040 South Taft Hill Road, Fort Collins, Colorado and 1951 Kinnison Drive, Fort Collins, Colorado, described as a tract of land situate in the NW ¼ of Section 27, Township 7 North, Range 69 West of the 6th P.M., County of Larimer, State of Colorado and more particularly described on Exhibit A attached hereto, subject to the terms of the settlement agreement with The Shea Family Trust;

    b.    2002 Audi Allroad Quattro, VIN WA1YD64BX2N082728; and

    c.    2004 Ford F-250 Super Duty XLT, VIN 1FTNX21-34EB8961

shall enter in favor of the United States; the United States shall have full and legal title to the Defendant Property, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

THAT all right, title, and interest of Christian Rison in Defendant Property is forfeited to the United States;

THAT the Clerk of Court is directed to enter Judgment; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is GRANTED as to all Defendant Property pursuant to 28 U.S.C. § 2465.

SO ORDERED this __15th__ day of May, 2013.

BY THE COURT:

*[signature: Christine M. Arguello]*

_____
CHRISTINE M. ARGUELLO
United States District Judge

3